1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

16

EMPLOYEE PAINTERS' TRUST et al,

Plaintiff(s),

v.

DYNAMIC PAINTING, INC et al,

Defendant(s).

CASE NO. 2:22-cv-01780-TL

ORDER

17    This matters comes before the Court on the Parties' stipulated motion to extend the

18    deadline for Defendants' response to the complaint (the "Stipulated Motion"). Dkt. No. 6.

19    Having considered the relevant record, the Court DIRECTS Defendant Dynamic Painting, Inc. to

20    take certain actions as explained below, RENOTES the Stipulated Motion, and EXTENDS

21    Defendants' deadline to respond to the complaint.

22    Defendants have been served with process. Dkt. Nos. 7, 8. The Parties filed the Stipulated

23    Motion, seeking to extend Defendants' time to answer the complaint to May 8, 2023. Dkt. No. 6

24

ORDER - 1

1    at 2. Currently, Defendant Robert Masson's deadline to answer is March 6, while Defendant

2    Dynamic Painting's deadline is March 14. *Id.*

3          The signature line for Dynamic Painting, Inc. in the Stipulated Motion appears to have

4    been signed by the President of the company, rather than counsel. *Id.* at 2. As a business entity,

5    Dynamic Painting may not proceed *pro se*, or without legal representation, in this District unless

6    it is a sole proprietorship. *See* Local Civil Rule ("LCR") 83.2(b)(4) ("A business entity, except a

7    sole proprietorship, must be represented by counsel."). Failure to retain counsel may result in the

8    entry of default against the business entity as to any claims against that entity. *See id.* A

9    corporate party, other than an individual or sole proprietorship, must also file a corporate

10    disclosure statement, which Dynamic Painting has not done. *See* LCR 7.1(a). The Court finds

11    good cause to order the following to ensure an orderly, efficient, and fair progression of this

12    case.

13          Accordingly, it is hereby ORDERED:

14       (1)     By **March 17, 2023**, Defendant Dynamic Painting, Inc. is DIRECTED to:

15             (a) If Dynamic Painting is a sole proprietorship, file a statement confirming

16                 that it is a sole proprietorship; *or*

17             (b) if Dynamic Painting is not a sole proprietorship:

18                     (i) file a corporate disclosure statement in accordance with Federal

19                        Rule of Civil Procedure 7.1 and LCR 7.1; *and*

20                     (ii) file a statement describing steps taken to retain counsel and the

21                        anticipated date by which Dynamic Painting will have retained

22                        counsel, which shall be no later than **April 6, 2023**. Failure to

23                        retain counsel may result in the entry of default against Dynamic

24                        Painting.

(2)     Because neither Defendant has yet to appear in this case, the Court is not able to ensure that this Order is served on Defendants. Therefore, Plaintiffs are DIRECTED to serve a copy of this Order on Defendants by expedited mail and e-mail, with proof of service to be filed within **three (3) days** of this Order.

(3)     The Stipulated Motion (Dkt. No. 6) is RENOTED for **March 20, 2023**.

(4)     In the interim, Defendants' deadline to respond to Plaintiffs' complaint is EXTENDED to **March 27, 2023**.

Dated this 7th day of March 2023.

Tana Lin
United States District Judge

ORDER - 3