Honorable Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 5, LOCAL UNION 1959 OF ALASKA; LOCAL 1959 ANNUITY FUND; LOCAL 1959 APPRENTICESHIP AND TRAINING FUND; and LOCAL 1959 INDUSTRY ADVANCEMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> DYNAMIC PAINTING, INC., an Alaska corporation; and ROBERT MASSON, an individual, <br><br> Defendants. | Case No.: 2:22-cv-01780-TN <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, EMPLOYEE PAINTERS' TRUST; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 5, LOCAL UNION 1959 OF ALASKA; LOCAL 1959 ANNUITY FUND; LOCAL 1959 APPRENTICESHIP AND TRAINING

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(Case No. 2:22-cv-01780-TN)

THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103
T: 702.968.8087; murban@theurbanlawfirm.com
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
T: 702.255.1718; wes@cjmlv.com
Counsel for the Plaintiffs

1

FUND; and LOCAL 1959 INDUSTRY ADVANCEMENT FUND (collectively "Plaintiffs"), by and through their counsel of record, Michael A. Urban of The Urban Law Firm, and Defendants DYNAMIC PAINTING, INC., an Alaska corporation; and ROBERT MASSON, an individual (collectively "Defendants"), by and through their counsel of record, Allen R. Benson of Schwabe, Williamson & Wyatt, hereby stipulate and agree that:

1. The parties entered into a Settlement Agreement and Mutual Release ("Settlement Agreement") dated April 8, 2024, whereas the terms of the Settlement Agreement that fully resolves all claims asserted in this action were to be completed on or before May 8, 2024.

2. The Settlement has been completed.

3. Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), all claims asserted herein shall be and are hereby dismissed with prejudice.

4. Each party shall bear its own attorney's fees and costs.

Dated: April 26, 2024

/s/ Michael A. Urban
**The Urban Law Firm**
Michael A. Urban, Esq., WSBA #20251
321 Burnett Ave S., Suite 200
Renton, WA 98057
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

Dated: April 26, 2024

/s/ Allen R. Benson
**Schwabe, Williamson & Wyatt**
Allen R. Benson, WSBA #51137
US Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, WA 98101
abenson@schwabe.com
*Attorney for Defendants*

**IT IS SO ORDERED.**

Tana Lin
United States District Judge

Dated: April 29, 2024

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(Case No. 2:22-cv-01780-TN)

THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103
T: 702.968.8087; murban@theurbanlawfirm.com
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave, Las Vegas, NV 89117
T: 702.255.1718; wes@cjmlv.com
Counsel for the Plaintiffs